UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: Bryant & Juanita Johnson<br><br>Debtors. | Case No. 10-43132-TJT<br>Chapter 13<br>Hon: Thomas J. Tucker |

| | |
|---|---|
| Bryant & Juanita Johnson,<br><br>Plaintiffs,<br><br>-vs-<br><br>Green Tree Servicing LLC,<br><br>Defendant. | Adversary Proceeding<br>Case No. 10-04522-TJT<br>Hon: Thomas J. Tucker |

ROBERT BISHOP (P-66345)
Attorney for Plaintiffs
23650 Woodward Avenue, Suite 201
Pleasant Ridge, MI 48069
248/548-6000
bishopsecretary@sbcglobal.net

### PROOF OF SERVICE: MAILING

STATE OF MICHIGAN)
         ) ss.
COUNTY OF OAKLAND)

The undersigned, being first duly sworn, deposes and says that he served electronically and/or by United States Mail, postage prepaid, a copy of the following:

DATE: FEBRUARY 9, 2010

DOCUMENT(S): SUMMONS AND COMPLAINT TO STRIP LIEN

ADDRESSEE(S):
CERTIFIED MAIL RETURN
RECEIPT REQUESTED:   GREEN TREE SERVICING LLC
C/O THE CORPORATION COMPANY (RESIDENT AGENT)
30600 TELEGRAPH ROAD
BINGHAM FARMS, MI 48025

FIRST CLASS MAIL:   GREEN TREE SERVICING LLC
P.O. BOX 94710
PALATINE, IL 60094-4710

FIRST CLASS MAIL:   GREEN TREE
800 LANDMARK TOWERS L800H
345 ST. PETER STREET
SAINT PAUL, MN 55102

Jack Berman & Associates, 23650 Woodward Ave., #201, Pleasant Ridge, MI 48069 Phone (248) 548-6000 Fax (248) 548-6005

I DECLARE THE ABOVE STATEMENTS ARE TRUE AND ACCURATE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.

Dated: February 9, 2010

/s/ Josh Gozdzialski
JOSH GOZDZIALSKI, Deponent

ROBERT BISHOP (P-66345)
Attorney for Debtor
23650 Woodward Avenue, Suite 201
Pleasant Ridge, MI 48069
248/548-6000
bishopsecretary@sbcglobal.net